| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Adam Wang, Esq., 201235<br>Law Office of Adam Wang, Attorneys at Law<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>(408) 292-1040<br>ATTORNEY FOR:<br>*United States District Court – Northern District*<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-0000 | FOR COURT USE ONLY |
|---|---|
| PLAINTIFF/PETITIONER: Hernandez<br>DEFENDANT/RESPONDENT: Amzone | CASE NUMBER:<br>C08-02037 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   Class Action Complaint and Demand for Jury Trial; Order Setting Intial Case Management Conference and ADR Deadlines; Standing Order Re: Initial Case Management; Contents of Joint Case Management Statement; Standing Order Regarding Case Management in Civil Cases

3. a. Party served:    Amzone, LLC
   b. Person served:   Salman Azhar - Agent for Service

4. Address where the party was served:   410 Moraga Rd.
                                         Moraga, CA 94556
                                         (BUSINESS)

5. I served the party
   b. **by substituted service.**    On: June 18, 2008
                                     at: 04:08 pm
   I left the documents listed in item 2 with or in the presence of:
      Teo Fernandez - Manager

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code of Civ. Proc. § 415.20). I mailed the documents
      on: June 19, 2008
      from: Lafayette, CA

| PLAINTIFF/PETITIONER: | Hernandez | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Amzone | C08-02037 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. On behalf of: **Amzone, LLC**

      under the following Code of Civil Procedure section:

          **416.10 (corporation)**

7. **Person who served papers:**

   a. Name: **Faheem Moore**
       **Professional Process Service**
   b. Address: **936 Dewing Ave., Ste. E-1, Lafayette, CA 94549**
   c. Telephone: **(925) 284-3990**
   d. The **fee** for service was: **$58.00**
   e. I am:
      (3) registered California process server:
         (i) independent contractor.
         (ii) Registration No.: **1015**
         (iii) County: **Alameda**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 26, 2008**

**Faheem Moore**
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)