**United States District Court**
For the Northern District of California

**\*E-FILED 8/4/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ, | No. C 08-02037 RS |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMZONE LLC, | |
| Defendant. | |

The above-entitled case was scheduled for a Case Management Conference on August 6, 2008 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. The parties failed to file a Joint Statement timely. Therefore, the Court continues the case management conference to **September 3, 2008 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than August 27, 2008. The parties shall file a Joint Case Management Conference Statement on or before August 27, 2008. Counsel for plaintiff shall serve this order on defendant.

IT IS SO ORDERED.

Dated: 8/4/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang    waqw@sbcglobal.net

Dated: 8/4/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg