ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMZONE LLC, and DOES 1-10<br><br>Defendants | Case No.: C08-2037 RS<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 12 South First Street, Suite 613, San Jose, CA 95113.

On the date hereof, I mailed the following document(s):

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
to the following:

Salman Azhar[1] or Person in Charge
410 Moraga Rd.
Moraga, CA 94556

I declare that the under penalty of perjury under the laws of the United States, the foregoing is true and correct.

Dated: August 4, 2008                              By /s/ Adam Wang          ,
                                                                    Adam Wang

---

[1] Salman Azhar is the agent for process of service listed on the website of the Secretary of State of California.

T

**PROOF OF SERVICE**
Hernandez v. Amzone LLC.

1                                                                                    C08-2037 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

T

**PROOF OF SERVICE**
Hernandez v. Amzone LLC.

2                        C08-2037 RS