LAW OFFICES OF
# JOHN F. MARTIN
A Professional Corporation
STATION PLAZA
3100 OAK ROAD, SUITE 230
POST OFFICE BOX 5331
WALNUT CREEK, CALIFORNIA 94596

CHRISTINE HOPKINS

TELEPHONE: (925) 937-5433
FACSIMILE: (925) 938-5567

August 27, 2008

Clerk Martha Parker-Brown
Chambers of Judge Richard Seeborg
Northern District of California
280 South 1st Street
San Jose, CA 95113

    Cc: Mr. Adam Wang
       Law Offices of Adam Wang
       12 South First St., Ste 613
       San Jose, CA 95113

    Re: *Hernandez, et al. v. Amzone LLC, et al.* C08-02037 RS

Dear Clerk Parker-Brown,

    Our law office was recently retained by Amzone LLC, a defendant in Case No. 5:08-02037, *Hernandez, et al v. Amzone LLC*. In reviewing the history of filed documents in this case on PACER, I note that a summons on the Complaint was never issued and my client was never served with a summons. I also noted that a Case Management Conference date is set on September 3, 2008 with a Joint CMC Statement due today. Though my client has not been served, I did contact Plaintiff's Counsel, Mr. Adam Wang, by telephone, by e-mail, and by facsimile today in an attempt to comply with the Court's order to file a Joint CMC Statement and in an attempt to reach an agreement about service and filing a responsive pleading. I did not hear back from Plaintiff's counsel. I plan on attending the Case Management Conference on September 3, 2008, unless the Court issues orders otherwise, in order to obtain a plan of action for proper service of the complaint and summons.

                                            VERY SINCERELY,

                                            LAW OFFICES OF JOHN F. MARTIN
                                            A Professional Corporation

BY: _____
                             CHRISTINE HOPKINS, ESQ.