**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10   Alfredo Hernandez,                         NO. C 08-02037 JW

11              Plaintiff,              **ORDER VACATING CASE**
        v.                             **MANAGEMENT CONFERENCE**
12
     Amzone, LLC,
13
              Defendant.
14   _____/

15        This case is scheduled for a case management conference on October 6, 2008.  The parties

16   were to file a Joint Case Management Statement by September 26, 2008.  To date, no statement has

17   been filed.

18        Accordingly, the Court continues the conference to **November 17, 2008 at 10:00 a.m.**   The

19   parties shall file a Joint Case Management Statement on or before **November 7, 2008**.  The

20   Statement shall, among other things, set forth a good faith discovery plan, including a proposed date

21   for the close of all discovery.

22        Failure to timely file the Joint Case Management Statement may result in sanctions.

23

24   Dated:  October 2, 2008              _____
                                          JAMES WARE
25                                        United States District Judge
26
27
28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Adam  Wang waqw@sbcglobal.net
     Christine A Hopkins christine@johnfmartinlaw.com
3

4

5   **Dated:  October 2, 2008**                                   **Richard W. Wieking, Clerk**

6

7                                                                 **By:    /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
8                                                                      **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28