ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorneys for Plaintiff

CHRISTINE HOPKINS (SBN 240248)
LAW OFFICES OF JOHN F. MARTIN
3100 Oak Rd., Ste 230
Walnut Creek, CA  94597
Tel: (925) 937-5433
Fax: (925) 938-5567
Christine@johnfmartinlaw.com

Attorney for Defendant,
Amzone LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALFREDO HERNANDEZ, | Case No.: C 08-02037JW |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |
| vs. | |
| AMZONE LLC, et al. Defendants | |

   Plaintiff and Defendants, through their respective counsel, hereby stipulate as follows:

   1.   Parties have reached a settlement with respect to all claims of Plaintiff against all Defendants in this case.

   2.   As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

                                                                              1              C 08-02037JW

STIPULATION TO DISMISS
Hernandez v. Amzone LLC, et al.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: April 24, 2009                By:   /s/ ADAM WANG

ADAM WANG

Attorney for Plaintiffs

Dated: April 24, 2009

By:  /s/ CHRISTINE HOPKINS

CHRISTINE HOPKINS

Attorney for Defendants

_____

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED. Case No. C 08-02037JW is hereby dismissed with prejudice.   All pending deadlines, hearings and motions are terminated. The Clerk shall close this file.

Dated: May 1, 2009

_____
Hon. James Ware
United States Judge

STIPULATION TO DISMISS
Hernandez v. Amzone LLC, et al.

2                    C 08-02037JW